FILED

Maria E. Grimaldo
11914 Wilmington Ave Unit F
Los Angeles, CA 90059
No Phone | Fax | Email

2023 MAR 14 PM 1:27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNER COMMUNITY APT LLC, A CALIF LIMITED LIABILITY CO, <br><br> Plaintiff, <br><br> vs. <br><br> MARIA E. GRIMALDO AND DAVID CISNEROS <br><br> Defendant | Case No.: <br> CV-23-01893-CAS(KSx) <br><br> NOTICE OF REMOVAL |

TO THE CLERK OF THE ABOVE - ENTITLED COURT:

**PLEASE TAKE NOTICE** that the Defendant **Maria E. Grimaldo** (in pro per) hereby remove to this court the state court action described below.

1. On December 30, 2022, an action was commenced in the Superior Court of the state of California in the county of Los Angeles, entitled, **INNER COMMUNITY APT LLC, A CALIF LIMITED LIABILITY CO** Plaintiff Vs. **MARIA E. GRIMALDO AND DAVID CISNEROS** Defendant's as case # 22CMUD01827

NOTICE OF REMOVAL - 1

2. A copy of all pleadings, process and orders served on this removing Defendant in the state court action (the state court "file") is attached hereto as EXHIBIT A

## JURISDICTION

Defendant's removal- is pursuant to Rule 11 of Federal Rules of Civil Procedure and 28 USC Section t332 Et Seq, since Defendant alleges Plaintiff does not reside in this state and damages as a result of an unfair eviction will exceed amounts noted in 28 USC Section 1332.

DATED: March 14, 2023

BY: Maria L. Grimaldi

**Defendant, In Pro Per**

NOTICE OF REMOVAL - 2

Case 2:23-cv-01893-CAS-KS   Document 1   Filed 03/14/23   Page 3 of 10   Page ID #:3

Electronically FILED by Superior Court of California, County of Los Angeles on 12/30/2022 01:53 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Llamas, Deputy Clerk

22CMUD01827

**SUM-130**

# SUMMONS
## (CITACIÓN JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:** MARIA E GRIMALDO AND DAVID CISNEROS
*(AVISO AL DEMANDADO):*

DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:** INNER COMMUNITY APTS, LLC, A
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* CALIF LIMITED LIABILITY CO

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

---

| | |
|---|---|
| NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 5 days. You have 5 DAYS, not counting Saturdays and Sundays and other judicial holidays, after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. | ¡AVISO! Usted ha sido demandado. Si no responde dentro de 5 días, el tribunal puede emitir un fallo en su contra sin una audiencia. Una vez que le entreguen esta citación y papeles legales, solo tiene 5 DÍAS, sin contar sábado y domingo y otros días feriados del tribunal, para presentar una respuesta por escrito en este tribunal y hacer que se entregue una copia al demandante. |
| A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. | Una carta o una llamada telefónica no lo protege. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por falta de comparecencia y se le podrá quitar su sueldo, dinero y bienes sin más advertencia. |
| There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services website (www.lawhelpca.org), the California Courts Online Self-Help Center (www.courts.ca.gov/selfhelp), or by contacting your local court or county bar association. | Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados local. |
| **FEE WAIVER:** If you cannot pay the filing fee, ask the clerk for a fee waiver form. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case. | **EXENCIÓN DE CUOTAS:** Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. **AVISO:** Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos con un gravamen sobre cualquier cantidad de $10,000 ó más recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desestimar el caso. |

1. The name and address of the court is: Superior Court of California, County of Los Angeles
   *(El nombre y dirección de la corte es)*
   200 West Compton Blvd.,
   Compton, CA 90220     COMPTON COURTHOUSE

**CASE NUMBER** *(número del caso)*
**22CMUD01827**

2. The name, address and telephone number of plaintiff's attorney, or plaintiff without an attorney, is *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)* Dennis P. Block, Esq
   Dennis P. Block & Associates
   455 N. MOSS STREET, BURBANK, CA 91502
   323 938-2868

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2022]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.45, 1167
www.courts.ca.gov

**SUM-130**

| PLAINTIFF (Name) INNER COMMUNITY APTS, LLC, A CALIF LIMITED | CASE NUMBER |
|---|---|
| DEFENDANT (Name) MARIA E GRIMALDO AND DAVID CISNEROS | 22CMUD01827 |

3. (Must be answered in all cases) An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [X] **did not** [ ] did for compensation give advice or assistance with this form (If plaintiff has received any help or advice for pay from an unlawful detainer assistant complete item 4 below.)

4. **Unlawful detainer assistant** (complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)

   a. Assistant's name

   b. Telephone no

   c. Street address, city, and zip

   d. County of registration

   e. Registration no

   f. Registration expires on (date)

Date (Fecha) 12/30/2022

Sherri R. Carter Executive Officer / Clerk of Court
Clerk, by A. Llamas , Deputy
(Secretario)         (Adjunto)

(For proof of service of this summons use Proof of Service of Summons (form POS-010))
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons (form POS-010))

[SEAL]

5. **NOTICE TO THE PERSON SERVED:** You are served
   a. [✓] as an individual defendant
   b. [ ] as the person sued under the fictitious name of (specify)
   c. [ ] as an occupant
   d. [ ] on behalf of (specify)
      under [ ] CCP 416 10 (corporation)     [ ] CCP 416 60 (minor)
            [ ] CCP 416 20 (defunct corporation)  [ ] CCP 416 70 (conservatee)
            [ ] CCP 416 40 (association or partnership)  [ ] CCP 416 90 (authorized person)
            [ ] CCP 415 46 (occupant)         [ ] other (specify)
   e. [✓] by personal delivery on (date)

SUM 130 (Rev January 1 2022)   **SUMMONS—UNLAWFUL DETAINER—EVICTION**   Page 2 of 2

22CMUD01827
Electronically FILED by Superior Court of California, County of Los Angeles on 12/30/2022 01:53 PM Sherri R. Carter, Executive Officer/Clerk of Court, by A. Llamas, Deputy Clerk
Assigned for all purposes to: Compton Courthouse, Judicial Officer: Victor Acevedo

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER 70194 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Dennis P. Block Esq. <br> FIRM NAME: Dennis P. Block & Associates <br> STREET ADDRESS: 455 N MOSS STREET <br> CITY: BURBANK  STATE: CA  ZIP CODE: 91502 <br> TELEPHONE NO: 323 938-2868  FAX NO: 323 938-6069 <br> EMAIL ADDRESS: eservice@evict123.com <br> ATTORNEY FOR (name): PLAINTIFF | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 200 West Compton Blvd
MAILING ADDRESS: 200 West Compton Blvd
CITY AND ZIP CODE: Compton CA 90220
BRANCH NAME: Compton Courthouse

PLAINTIFF: INNER COMMUNITY APTS LLC A CALIF LIMITED LIABILITY CO

DEFENDANT: MARIA I GRIMALDO AND DAVID CISNEROS

[X] DOES 1 TO 10

**COMPLAINT—UNLAWFUL DETAINER***

[X] COMPLAINT  [ ] AMENDED COMPLAINT  (Amendment Number):

CASE NUMBER: **22CMUD01827**

**Jurisdiction** (check all that apply):

[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded  [X] does not exceed $10,000.
              [ ] exceeds $10,000 but does not exceed $25,000.
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue).  [ ] from limited to unlimited.
    [ ] from unlawful detainer to general limited civil (possession not in issue).  [ ] from unlimited to limited.

1. PLAINTIFF (name each): Inner Community Apts, Llc, a Calif Limited Liability Co

. alleges causes of action against DEFENDANT (name each): Maria I Grimaldo and David Cisneros

2. a. Plaintiff is  (1) [ ] an individual over the age of 18 years  (4) [ ] a partnership
                   (2) [ ] a public agency                              (5) [ ] a corporation
                   (3) [X] other (specify): A CALIFORNIA LIMITED LIABILITY COMPANY
   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. a. The venue is the court named above because defendant named above is in possession of the premises located at (street address, apt no, city, zip code and county): 11914 WILMINGTON AVE., UNIT F LOS ANGELES, CA 90059
   b. The premises in 3a are (check one):
      (1) [X] within the city limits of (name of city): LOS ANGELES
      (2) [ ] within the unincorporated area of (name of county):
   c. The premises in 3a were constructed in (approximate year): 1955

4. Plaintiff's interest in the premises is [ ] as owner  [X] other (specify): Landlord-Owner
5. The true names and capacities of defendants sued as Does are unknown to plaintiff

* NOTE: Do not use this form for evictions after sale (Code Civ Proc, § 1161a)

Page 1 of 4

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev September 1, 2020]

**COMPLAINT—UNLAWFUL DETAINER**

Civil Code § 1940 et seq
Code of Civil Procedure §§ 425.12, 1166
www.courts.ca.gov
Westlaw Doc & Form Builder

UD-100

| PLAINTIFF: INNER COMMUNITY APTS. LLC, A CALIF. LIMITED LIABILITY CO | CASE NUMBER: |
| --- | --- |
| DEFENDANT: MARIA I. GRIMALDO AND DAVID CISNEROS | 22CMUD01827 |

6. a. On or about *(date)* APR. 01, 2021
   *defendant (name each)* Maria I. Grimaldo and David Cisneros

   (1) agreed to rent the premises as a [X] month-to-month tenancy [ ] other tenancy *(specify)*
   (2) agreed to pay rent of $1,700.00    payable [X] monthly [ ] other *(specify frequency)*
   (3) agreed to pay rent on the [X] first of the month [ ] other day *(specify)*

   b. This [X] written [ ] oral agreement was made with
   (1) [ ] plaintiff    (3) [ ] plaintiff's predecessor in interest
   (2) [X] plaintiff's agent    (4) [ ] Other *(specify)*

   c. [ ] The defendants not named in item 6a are
   (1) [ ] subtenants
   (2) [ ] assignees
   (3) [ ] Other *(specify)*

   d. [ ] The agreement was later changed as follows *(specify)*

   e. [ ] A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. *(Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)*

   f. [X] *(For residential property)* A copy of the written agreement is **not** attached because *(specify reason)*
   (1) [ ] the written agreement is not in the possession of the landlord or the landlord's employees or agents
   (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2))

7. The tenancy described in 6 *(complete (a) or (b))*
   a. [X] is **not** subject to the Tenant Protection Act of 2019 (Civil Code, § 1946.2). The specific subpart supporting why tenancy is exempt is *(specify)* LOS ANGELES RENT CONTROL.
   b. [ ] is subject to the Tenant Protection Act of 2019.

8. *(Complete only if item 7b is checked. Check all applicable boxes.)*
   a. [ ] The tenancy was terminated for at-fault just cause (Civil Code, § 1946.2(b)(1)).
   b. [ ] The tenancy was terminated for no-fault just cause (Civil Code, § 1946.2(b)(2)) and the plaintiff *(check one)*
      (1) [ ] waived the payment of rent for the final month of the tenancy, before the rent came due, under section 1946.2(d)(2), in the amount of $
      (2) [ ] provided a direct payment of one month's rent under section 1946.2(d)(3), equaling $
           to *(name each defendant and amount given to each)*

   c. [ ] Because defendant failed to vacate, plaintiff is seeking to recover the total amount in 8b as damages in this action.

9. a. [X] Defendant *(name each)* Maria I. Grimaldo and David Cisneros

   was served the following notice on the same date and in the same manner:
   (1) [X] 3-day notice to pay rent or quit       (5) [ ] 3-day notice to perform covenants or quit *(not applicable if item 7b checked)*
   (2) [ ] 30-day notice to quit
   (3) [ ] 60-day notice to quit                  (6) [ ] 3-day notice to quit under Civil Code, § 1946.2(c). Prior required notice to perform covenants served *(date)*
   (4) [ ] 3-day notice to quit
                                                   (7) [ ] Other *(specify)*

UD-100

| PLAINTIFF: INNER COMMUNITY APTS LLC A CALIF LIMITED LIABILITY CO | CASE NUMBER: |
| DEFENDANT: MARIA I GRIMALDO AND DAVID CISNEROS | 22CMUD01827 |

9  b  (1) On (date) 12/23/2022   the period stated in the notice checked in 9a expired at the end of the day
      (2) Defendants failed to comply with the requirements of the notice by that date
   c  All facts stated in the notice are true
   d  [X] The notice included an election of forfeiture
   e  [X] A copy of the notice is attached and labeled Exhibit 2 (Required for residential property. See Code Civ. Proc., § 1166. When Civil Code § 1946.2(c) applies and two notices are required, provide copies of both.)
   f  [ ] One or more defendants were served (1) with the prior required notice under Civil Code, § 1946.2(c), (2) with a different notice, (3) on a different date, or (4) in a different manner, as stated in Attachment 10c (Check item 10c and attach a statement providing the information required by items 9a–e and 10 for each defendant and notice.)

10 a  [X] The notice in item 9a was served on the defendant named in item 9a as follows:
      (1) [ ] By personally handing a copy to defendant on (date)
      (2) [ ] By leaving a copy with (name or description)
          a person of suitable age and discretion, on (date)   at defendant's
          [ ] residence   [ ] business  AND mailing a copy to defendant at defendant's place of residence
          on (date)   because defendant cannot be found at defendant's residence or usual place of business
      (3) [X] By posting a copy on the premises on (date) 12/20/2022
          [ ] AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises
          on (date) 12/20/2022
          (a) [ ] because defendant's residence and usual place of business cannot be ascertained OR
          (b) [X] because no person of suitable age or discretion can be found there
      (4) [ ] (Not for 3-day notice, see Civil Code, § 1946, before using) By sending a copy by certified or registered mail addressed to defendant on (date)
      (5) [ ] (Not for residential tenancies see Civil Code, § 1953, before using) In the manner specified in a written commercial lease between the parties
   b  [ ] (Name)
      was served on behalf of all defendants who signed a joint written rental agreement
   c  [ ] Information about service of notice on the defendants alleged in item 9f is stated in Attachment 10c
   d  [X] Proof of service of the notice in item 9a is attached and labeled Exhibit 3

11 [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease
12 [X] At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $2,540.00
13 [X] The fair rental value of the premises is $56.67 per day
14 [ ] Defendant's continued possession is malicious and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 14.)
15 [X] A written agreement between the parties provides for attorney fees
16 [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title of ordinance, and date of passage) LOS ANGELES RENT STABILIZATION ORDINANCE 1979

Plaintiff has met all applicable requirements of the ordinances

17 [ ] Other allegations are stated in Attachment 17
18 Plaintiff accepts the jurisdictional limit, if any, of the court

UD-100 [Rev September 1, 2020]   **COMPLAINT—UNLAWFUL DETAINER**   Page 3 of 4

| | |
|---|---|
| PLAINTIFF INNER COMMUNITY APTS LLC, A CALIF LIMITED LIABILITY CO<br>DEFENDANT MARIA I GRIMALDO AND DAVID CISNEROS | CASE NUMBER<br>22CMUD01827 |

**19 PLAINTIFF REQUESTS**

a  possession of the premises
b  costs incurred in this proceeding
c  [X] past-due rent of $ 2,540.00
d  [X] reasonable attorney fees
e  [X] forfeiture of the agreement

f  [ ] damages in the amount of waived rent or relocation assistance as stated in item 8 $
g  [X] damages at the rate stated in item 13 from
    date 01/01/2023
    for each day that defendants remain in possession through entry of judgment.
h  [ ] statutory damages up to $600 for the conduct alleged in item 14
i  [ ] other (specify)

**20** [X] Number of pages attached (specify) 5

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

**21** [X] (Complete in all cases) An unlawful detainer assistant [X] did not [ ] did for compensation give advice or assistance with this form. (If declarant has received any help or advice for pay from an unlawful detainer assistant complete a–f)

a  Assistant's name
b  Street address, city, and zip code

c  Telephone no
d  County of registration
e  Registration no
f  Expires on (date)

Date  December 27, 2022

Dennis P. Block, Esq.
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or partnership)

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date  December 27, 2022

See Attached Verification
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF)

# THREE DAY NOTICE TO PAY RENT OR QUIT PREMISES

========================================================================

This Notice supersedes all previously-served Notice(s)

TO:
    MARIA E. GRIMALDO
    DAVID CISNEROS
    AND TO ALL OTHERS IN POSSESSION

---YOU ARE HEREBY NOTIFIED that pursuant to the lease or rental agreement under which you hold the possession of the hereinafter described premises there is now due, unpaid and delinquent rent in the total sum of $2,540.00, representing the rent due for the period SEPT. 1, 2022 THROUGH DEC. 31, 2022.

YOU ARE FURTHER NOTIFIED that within Three (3) days after service of this Notice on you, you must pay the amount of said rent in full or quit said premises and deliver up possession of the same to the landlord/agent, as named below, or I will institute legal proceedings for an unlawful detainer against you to recover possession of said premises, to declare said lease or rental agreement forfeited and to recover rent and punitive damages as allowed by law.

YOU ARE FURTHER NOTIFIED that by this notice the landlord/agent elects to and does declare a forfeiture of said lease or rental agreement if said rent is not paid in full within the three (3) day period.

The premises herein referred to are located at the following location:
11914 WILMINGTON AVE., UNIT F LOS ANGELES, CA 90059

Date: 12/16/2022

    **INNER COMMUNITY APTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**
    LANDLORD/AGENT

Person to pay:    Flor Mora
Address to Pay:  P.O. 683
                      DOWNEY, CA 90241

Phone Number:    323-683-5908

PAYMENT MAY BE RECEIVED:
MONDAY THROUGH SUNDAY, (Any Calendar Day) 9:00 AM THROUGH 5:00 PM

\*\*Please note that Saturday, Sunday and Judicial Holidays are not included in the 3 day period. If the address to pay is a Post Office Box it must be mailed only, no personal delivery. Be advised that there has not been any communication from the tenant to the landlord as to the reason why rent has not been paid for the period stated above.

At this time we have not been informed that your unit is in need of any repairs. We take our responsibility as a landlord very seriously. If you believe that items need to be corrected, please address those issues in writing and we will immediately inspect and make necessary repairs. Of course, if we do not receive any written repair requests, we will assume that there are no items that need to be corrected at this time.

**EXHIBIT 2**

```
                        ( VERIFICATION    446 AND 2015.5 C.C.P. )

STATE OF CALIFORNIA      )
                         ) SS
COUNTY OF LOS ANGELES    )


    I, THE UNDERSIGNED SAY: I AM THE MANAGING MEMBER
    FOR THE PLAINTIFF  IN THE WITHIN ACTION. I HAVE
READ THE FOREGOING COMPLAINT FOR UNLAWFUL DETAINER AND KNOW
THE CONTENTS THEREOF AND THAT THE SAME IS TRUE OF MY OWN
KNOWLEDGE, EXCEPT AS TO MATTERS WHICH ARE THEREIN STATED
UPON MY INFORMATION OR BELIEF, AND AS TO THOSE MATTERS THAT I
BELIEVE IT TO BE TRUE.


I CERTIFY (OR DECLARE) UNDER THE PENALTY OF PERJURY, THAT THE
FOREGOING IS TRUE AND CORRECT.


EXECUTED ON Dec. 27, 2022 AT LOS ANGELES, CA.

                 ┌─DocuSigned by:─────────────────────────────────────────┐
          XX     │ INNER COMMUNITY APTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY │
                 │ 97B1FA399E50468...                                     │
                 └────────────────────────────────────────────────────────┘
          INNER COMMUNITY APTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
```